No. 493. CHICAGO AND WESTERN INDIANA RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* THOMAS NEWELL. In error to the Supreme Court of the State of Illinois. Motions to dismiss or affirm submitted April 10, 1905. Decided April 17, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 311; *Bethell* v. *Demaret,* 10 Wall. 537, 540; *Oxley Stave Company* v. *Butler County,* 166 U. S. 648, 653; *Harding* v. *Illinois,* 196 U. S. 78, 96; *Railroad Company* v. *Brown,* 17 Wall. 445, 450; *Railroad Company* v. *Barron,* 5 Wall. 104; Ill. Stat., 3 Starr and Curtis, 3247, c. 114, par. 53; *Railway Company* v. *Hart,* 209 Illinois, 414; *Glenn* v. *Garth,* 147. U. S. 368; *Bacon* v.

*Texas*, 163 U. S. 207, 216. Case below, 72 N. E. Rep. 416. *Mr. George W. Kretzinger* for plaintiff in error. *Mr. Harvey Lantz* for defendant in error.